# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| CARL WARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **Case No. 3:19-cv-00484** |
| NPAS, INC., | ) | **Judge Aleta A. Trauger** |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the defendant's Motion for Summary Judgment (Doc. No. 47) is **GRANTED**. All other pending motions are **DENIED AS MOOT**. This case is **DISMISSED**.

Judgment shall enter in accordance with Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge