UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Carl Ward

                Plaintiff,

v.                                             Case No.: 3:19−cv−00484

NPAS, Inc., et al.

                Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 12/3/2021 re [95].

                                                              Lynda M. Hill
                                        s/ Dalaina Thompson, Deputy Clerk